UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE BOYD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-319-BAJ-RLB** |
| **19TH JUDICIAL DISTRICT COURT ET AL.** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 30, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE BOYD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-319-BAJ-RLB** |
| **19TH JUDICIAL DISTRICT COURT ET AL.** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Report and Recommendation is issued *sua sponte*. This matter is before the Court on a Complaint (R. Doc. 1) filed on May 17, 2019. A review of the record indicates that Plaintiff paid the $400 filing fee on May 17, 2019. On July 29, 2019, the Court set a hearing (R. Doc. 3) for August 28, 2019 to discuss plaintiff's cause of action.

On August 28, 2019, Plaintiff appeared before the Court (R. Doc. 5) and Plaintiff made an oral motion to designate defendants as the 19th Judicial District Court and Judge Caldwell. The Court granted the request and instructed the Clerk's Office to update the defendants on the docket.

On August 30, 2019, the Court entered an Order (R. Doc. 7) reminding Plaintiff of his responsibility to submit summons and addresses for the defendants as well as his responsibility to serve the defendants upon the issuance of those summons.

A review of the record indicates that Plaintiff has not submitted summons to be issued to the defendants. No proof of service has been filed.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice or order that service be made within a specified time. Defendant has failed to serve the defendants timely pursuant to this Rule.

**RECOMMENDATION**

It is the recommendation of the Magistrate Judge that the plaintiff's claims against defendants be dismissed, without prejudice, for failure to serve. This Report and Recommendation serves as notice to the defendant pursuant to Rule 4(m) that this matter shall be dismissed unless plaintiff can show "good cause" for the failure. Failure to demonstrate good cause in response to this recommendation within the time frame permitted will result in dismissal of this action.

Signed in Baton Rouge, Louisiana, on March 30, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**