UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WAYNE BOYD**  CIVIL ACTION

**VERSUS**

**19TH JUDICIAL DISTRICT COURT, ET AL.**  NO.: 19-000319-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 8)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Complaint (Doc. 1) filed by *pro se* Plaintiff Wayne Boyd. The record indicates that Plaintiff failed to submit the summons and addresses for Defendants and failed to file a proof of service. The Magistrate Judge recommended that the Court dismiss Plaintiff's claims against Defendants without prejudice for the failure to serve. (Doc. 8 at p. 3).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 18th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**